HERTZ, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Lillian J. Hertz against the Manhattan Railway Company.

PER CURIAM. Judgment modified, by striking out the provision for an extra allowance, for want of power in the court at Trial Term to grant the same, and judgment as modified and order unanimously affirmed, without costs.

HERZOG TELESEME CO., Respondent, v. MAJESTIC HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by the Herzog Teleseme Company against the Majestic Hotel Company. J. J. Crawford, for appellant. H. B. Corey, for respondent. No opinion. Judgment and order affirmed, with costs.

HESLIN v. LAKE CHAMPLAIN & M. R. CO. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) Action by Mary A. Heslin, as administratrix of Arthur J. Heslin, deceased, against the Lake Champlain & Moriah Railroad Company. No opinion. Order modified, by inserting leave to renew motion, and, as so modified, affirmed, without costs.

HIGGINS, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Jennie Higgins against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs. See 89 N. Y. Supp. 76.

HIRSCHFIELD v. ALSBERG et al. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Bennett Hirschfield against Irving Alsberg and another. No opinion. Motion denied, with $10 costs.

In re HOME TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) In the matter of the application of the Home Trust Company of New York to be designated as a deposit bank of court funds, under sections 744, 745, and 747 of the Code of Civil Procedure. No opinion. Referee's report confirmed, and order designating depository signed.

HOSMAN v. KINNEALLY. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Dow Hosman against John J. Kinneally. No opinion. Motion denied, with $10 costs.

HOUSE et al., Appellants, v. CARBONATING APPARATUS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Louis House and others against the Carbonating Apparatus Company. No opinion. Judgment affirmed, with costs.

HOWARD, Respondent, v. CITY OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by James S. Howard against the city of Fulton. No opinion. Motion to dismiss appeal denied, without costs. The former order herein upon similar motion is permitted to stand.

In re HUDSON RIVER ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) In the matter of the application of the Hudson River Electric Company to acquire right of way across lands of William C. Goodrich. No opinion. Judgment affirmed, with costs.

HUDSON VALLEY RY. CO., Respondent, v. DELAWARE & HUDSON CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by the Hudson Valley Railway Company against the Delaware & Hudson Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the opinion in Hudson Valley Railway Company v. Boston & Maine Railroad (decided herewith) 94 N. Y. Supp. 545.

PARKER, P. J., dissents.

HURD et al., Respondents, v. WING, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Harvey J. Hurd and another against Frederick K. Wing, as administrator, etc. No opinion. Judgment affirmed, with costs. See 78 N. Y. Supp. 574.

HUTCHINSON, Respondent, v. LEONARD SHEET METAL WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Mary Hutchinson, as guardian ad litem, etc., against the Leonard Sheet Metal Works.

PER CURIAM. Motion to dismiss appeal on the ground of acceptance of costs granted, with $10 costs, unless within 10 days the defendant tender to the plaintiff the costs already received by it, in which case the motion is denied, without costs. Motion to dismiss appeal on the ground of delay denied, without costs.

INGERSOLL v. WELD. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Charles D. Ingersoll against Robert Weld. No opinion. Motion denied, with $10 costs.

INTERNATIONAL PAPER CO. v. KANES FALLS ELECTRIC CO. et al. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by the International Paper Company against the Kanes Falls Electric Company and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., and SMITH, J., vote for a modification of the order by striking therefrom the requirement of a bill of particulars from the Hudson River Water Power Company and from the Trust Company of America.